NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NORTHROP CORPORATION EMPLOYEE INSURANCE BENEFIT PLANS MASTER TRUST,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5125

---

Appeal from the United States Court of Federal Claims in case no. 08-CV-023.

---

**JUDGMENT**

---

ERIC R. FOX, Ivins, Phillips & Barker, Chartered, of Washington, DC, argued for plaintiff-appellant. With him on the brief was PATRICK J. SMITH.

ARTHUR T. CATTERALL, Attorney, Tax Division, Appellate Section, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With him on the brief were TAMARA W. ASHFORD, Deputy

Assistant Attorney General, and KENNETH L. GREENE, Attorney.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, CLEVENGER, and REYNA, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 10, 2012          /s/ Jan Horbaly
Date                        Jan Horbaly
                               Clerk